**Order entered July 2, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01345-CR

**TIMOTHY ALEXANDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-34377-N**

## ORDER

The Court has before it the June 28, 2013 motion of Kathleen Walsh to withdraw as appellant's counsel based on the fact that appellant filed pro se motions indicating his desire to dismiss counsel and proceed pro se. By order dated July 1, 2013, the Court denied appellant's motion to dismiss counsel and proceed pro se and the other pro se motions appellant filed. *See Martinez v. Court of Appeals of Cal., Fourth Appellate Dist.*, 528 U.S. 152 (2000). Moreover, counsel states that she was already in the process of preparing appellant's brief in this appeal.

Accordingly, we **DENY** the June 28, 2013 motion of Kathleen Walsh to withdraw as appellant's attorney of record.

/s/     DAVID EVANS
        JUSTICE